UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 13 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DEVIN MARSHAWN WEBSTER,<br><br>*Defendant.* | Cause No.<br><br>1:18-cr-0075 SEB -MJD |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)
18 U.S.C. § 922(g)(1)

On or about March 3, 2018, within the Southern District of Indiana, Indianapolis Division, and elsewhere within the jurisdiction of the Court, the defendant,

DEVIN MARSHAWN WEBSTER,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Burglary Resulting in Bodily Injury as a class A felony under Cause No. 49G05-1308-FA-052273, in Marion County Superior Court, Indiana, on or about September 23, 2014,

did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Glock model 19 9mm caliber pistol bearing serial number PL736, loaded with nine (9) rounds of 9mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are realleged as if fully set forth herein, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of the Indictment, DEVIN MARSHAWN WEBSTER, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about March 3, 2018, including but not limited to:

   a) A Glock model 19 9mm caliber pistol bearing serial number PL736, and;

   b) Nine (9) rounds of 9mm caliber ammunition.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney